IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00557-MSK

ROSA FALU,

       Plaintiff,

v.

ORGANON USA, INC.;
ORGANON INTERNATIONAL, INC.; and
MERCK & CO., INC.,

       Defendants.

---

### ORDER OF RECUSAL

---

       **THIS MATTER** arises *sua sponte*.  The undersigned is a beneficiary of a trust whose assets include shares in one of the parties.  Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

       Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

       DATED this 6th day of March, 2012.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge